**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

| | |
|---|---|
| **Civil Action No.: 06-cv-00351-WYD-PAC** | **FTR** Reporter Deck - Courtroom A-501 |
| **Date: January 18, 2007** | Courtroom Deputy, Ellen E. Miller |

_____

JAMES  WRIGHT,                                              Jennifer E. Bisset
                                                             William C. Marlin
                                                             Michael T. Leinz

   **Plaintiff(s),**
v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,    Brian J. Spano
                                                             Hilary D. Wells

   **Defendant(s).**
_____
**COURTROOM  MINUTES  /  MINUTE  ORDER**
_____

**HEARING:    MOTIONS  HEARING**
**Court in Session:**    10:00  a.m.
Court calls case.    Appearance of counsel.

*Please note* that due to Magistrate Judge Coan's recent retirement, Magistrate Judge O. Edward Schlatter has temporarily assumed her cases and docket until a replacement is appointed. The  **e-mail address** remains as the Coan_Chambers address and **case numbers** will continue to be designated with -PAC as the Magistrate Judge initials.

Discussion is held and arguments are heard regarding the pending motions.

**It is ORDERED:**    Plaintiff's  MOTION  TO COMPEL (Docket No. **21,** Filed December 12, 2006) is **GRANTED IN PART and DENIED IN PART** for the reasons set forth on the record.

Subject to the Protective Order which is entered this date,

As to Interrogatory No. **2:**
Defendant shall provide the names as requested in Interrogatory No. 2.

*06-cv-00351-WYD-PAC*
*Motions Hearing*
*January 18, 2007*

As to Interrogatory No. **3:**
Plaintiff's request that Interrogatory No. 3 be answered is denied. Defendant shall not be required to respond.

As to Interrogatory No. **7:**
Defendant shall produce copies of old and new unfair claims practices guides as requested in Interrogatory No. 7.

As to Interrogatory No. **8:**
Plaintiff's request that Interrogatory No. 8 be answered in denied. Defendant shall not be required to respond.

As to Interrogatory No. **14:**
Defendant shall produce responsive documentation requested in Interrogatory No. 14 except documents regarding the Management Incentive Compensation ("MIC") program.

As to Request for Production No. **3:**
Defendant agrees to produce as to the agent's file.

As to Request for Production No. **4:**
Defendant agrees to produce as to the underwriting file.

As to Request for Production No. **9:**
Defendant agrees to produce responsive documents.

As to Request for Production No. **10:**
With respect to training, Defendant will produce in regard to Sherry Martin, the "front-line" adjustor and Dr. Gaines.

As to Request for Production No. **11:**
Defendant agrees to produce a log.

*06-cv-00351-WYD-PAC*
*Motions Hearing*
*January 18, 2007*

As to Request for Production No. **12:**
Defendant shall produce responsive documents, which appears to be a computer printout of "Code 32 penalties", from 2003 to present, limited to Colorado only.

As to Request for Production No. **13:**
Defendant shall make a search for and, if found, produce any central file containing responsive documents of correspondence between Liberty Mutual and Workers' Compensation.

As to Request for Production No. **15:**
Defendant shall make a search for a single document or relatively limited number of documents which are responsive, and, if found, produce such information.

As to Request for Production No. **16:**
Counsel are directed to meet and confer regarding the item named by the Plaintiff as "impact cost analysis".

As to Request for Production No. **17:**
Defendant shall submit to the Court for a *Martinelli* Review the personal performance reviews for Randall Moody, Sherry Martin, Michelle Coats, and Dr. William Gaines for the years 2000 to 2005. As to Sherry Martin, her entire personnel file (save personal information) shall be produced which includes any letter of commendation and/or admonition.
Plaintiff shall file in writing his specific request*s* as to what specific information he is seeking from these files*.*

As to Request for Production No. **18:**
Information submitted by the Defendant for the Court's *Martinelli* Review shall include information regarding any awards.
Plaintiff shall file in writing his specific request*s* as to what specific information he is seeking from these files*.*

As to Request for Production No. **19***:*
Defendant shall produce a single document on the subject of compensation plan, to include descriptions of bonuses, incentive awards.

As to Request for Production No. **20:**
Regarding advertisements, the Court deems advertising to be public materials. Discovery aimed at a purported Consumer Protection Act Claim is denied. Plaintiff may send a Request for Admission to authenticate advertising materials Plaintiff has found.

*06-cv-00351-WYD-PAC*
*Motions Hearing*
*January 18, 2007*

**It is ORDERED:**   Plaintiff's MOTION FOR PROTECTIVE ORDER (Docket No. **22,** Filed December 12, 2006) is **GRANTED** for the reasons set forth on the record.
The proposed "Stipulated Confidentiality Agreement and Order" Protective Order tendered by DEFENDANT is **ACCEPTED** for filing as of the date of this minute order.

**It is ORDERED:**   Plaintiff's MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY (Docket No. **23,** Filed December 12, 2006) is **GRANTED** for the reasons set forth on the record.

HEARING CONCLUDES.

**Court in recess:**   11:32 a.m.
Total In-Court Time:   01:32