IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00351-WYD-PAC

JAMES WRIGHT,

     Plaintiff(s),

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation,

     Defendant(s).

_____

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
DISCLOSURE OF PERFORMANCE EVALUATIONS**
_____

**O. Edward Schlatter, United States Magistrate Judge**

     Pursuant to my instructions at the hearing that was conducted on January 19, 2007, defendant counsel provided me with performance evaluations (PP&R's) relating to the following people: (1) Laura Michelle Coats, (2) Dr. William Gaines, (3) Randal Moody, and (4) Sherry Martin.  I was also provided with a letter from counsel for plaintiff, in which she indicated that she wished for me to examine the materials and determine the following:

> what if any objectives exist for [Ms. Coats] case management services at Liberty which may pertain to cost containment of medical care.  Additionally, plaintiff is interested in determining whether nurse case managers at Liberty Mutual have any responsibility or accountability for the quality of medical care, and medical outcomes, for injured workers.

I have conducted a *Martinelli* examination of the materials that were supplied for all four of the above-named individuals. I found nothing in any of the materials that is relevant to plaintiff's complaint in this case, and nothing that bears upon the issues presented by plaintiff for the relevant period of time.

It is therefore **ORDERED** as follows:

Plaintiff's requests for production, No. 17 and No. 18, consisting of a request for the production of the performance evaluations of the above-named four individuals, is **DENIED**.

The performance evaluations are being returned to defense counsel under separate cover.

Dated: February 9, 2007.

By the Court:

s/O. Edward Schlatter
O. EDWARD SCHLATTER
United States Magistrate Judge