**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No.: 06-cv-00351-WYD-PAC**      **FTR** - Reporter Deck - Courtroom A-501
**Date: April 05, 2007**                       Courtroom Deputy, Ellen E. Miller
_____

JAMES WRIGHT,                                  Jennifer E. Bisset
                                               William C. Marlin
                                               Michael T. Leinz

    **Plaintiff(s),**
v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,         Brian J. Spano

    **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE   ORDER**
_____

**HEARING:   MOTIONS  HEARING**
**Court in Session:**   11:00 a.m.
Court calls case.   Appearance of counsel.

Plaintiff's Motion to Compel is raised for argument.

Argument by Plaintiff (Ms. Bisset)
Argument by Defendant (Mr. Spano)
Findings by the Court.

**It is ORDERED:**    Plaintiff's MOTION TO COMPEL REGARDING PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS (Docket No. **48,** Filed March 13, 2007) is **DENIED** for the reasons set forth on the record.

**It is ORDERED:**    Plaintiff's MOTION FOR CLARIFICATION OR EXTENSION OF DISCOVERY CUT-OFF DATE (Docket No. **51,** Filed April 02, 2007) is **GRANTED IN PART AND DENIED IN PART** for the reasons set forth on the record.

*06-cv-00351-WYD-PAC*
*Motions Hearing*
*April  05, 2007*

The Motion is   granted   in that   the Court sets a discovery cut-off date, and is denied in that the Court does not adopt the Plaintiff's  proposed deadline.

**It is ORDERED:**      DISCOVERY   CUT-OFF   is   set   **JUNE   15,   2007.**

The Final Pretrial Conference **remains** set   JULY 09, 2007   at   9:30 a.m.
Courtroom A-501,   Fifth Floor,   Alfred A. Arraj United States Courthouse,   901 19th Street Denver, Colorado.

11:44   a.m.    Court goes off the record   to   discuss   settlement.

At this time, the Settlement Conference **remains** set MAY 02, 2007 at  1:30 p.m.

**It is ORDERED:**      A  TELEPHONIC   STATUS   CONFERENCE   is set
**APRIL  24,  2007 at  9:30  a.m.**  to discuss whether or not  the Settlement Conference will be held.

Courtroom technology requires that all participating parties are to be on the call *before*  the Court is contacted;  therefore, parties are directed to consult with each other, in advance of the hearing, to make arrangements for creating a conference call.  Once the conference call is established, the Court may be added as the final connection by dialing **(303) 844-2117** at the scheduled time.

HEARING CONCLUDES.

**Court in recess:**    11:44   a.m.
Total In-Court Time:     00:44