IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00351-WYD-PAC

JAMES WRIGHT,

    Plaintiff(s),

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Stipulated and Unopposed Motion to Vacate and Reschedule Pre-Trial Conference [Doc. #81; filed June 26, 2007] is **GRANTED** as follows:

    The Final Pretrial Conference is set for **September 5, 2007 at 9:00 a.m. in Courtroom A501 of the Arraj Courthouse**.  The proposed Final Pretrial Order is due **August 30, 2007**.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  June 28, 2007