IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00351-WYD-KLM

JAMES WRIGHT,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Withdraw Plaintiff's Third Claim for Relief (CCPA) filed June 25, 2007 (docket # 79).  Plaintiff seeks therein to voluntarily withdraw the third claim for relief which is premised on a violation of the Colorado Consumer Protection Act ("CCPA").  In the response filed July 16, 2007, Defendant did not object to withdrawal of the claim but requested its attorneys fees and costs.  Subsequently, in a notice filed August 3, 2007, Defendant withdrew the request for attorneys fees and costs.

The Court, having reviewed the motion and pleadings related thereto and being fully advised in the premises,

ORDERS that Plaintiff's Motion to Withdraw Plaintiff's Third Claim for Relief (CCPA) filed June 25, 2007 (docket # 79) is **GRANTED**, and the Third Claim for Relief in the Complaint is **WITHDRAWN**.  It is

FURTHER ORDERED that Defendant's request for attorney fees and costs pursuant to C.R.S. § 6-1-113(3) (docket # 92) is **WITHDRAWN**.

Dated: August 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge