IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00351-PAB-KLM

JAMES WRIGHT,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

_____

MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    It is **ORDERED** that "Defendant's Motion for Relief from Deadline to Respond to Plaintiff's Motions Filed on November 4, 2008, Pending the Disposition of Defendant's Motion to Strike Same" (Docket No. 164) filed by Liberty Mutual Fire Insurance Company is DENIED. The deadlines for responding to plaintiff's three motions filed on November 4, 2008 (Docket Nos. 157, 158, 159) remain unchanged.

    Dated November 19, 2008.