IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00351-PAB-KLM

JAMES WRIGHT,

      Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

      Defendant.
_____

**ORDER**
_____

      This matter is before the Court following a status conference that took place on November 20, 2008 regarding the length of the trial currently set for January 12, 2009 for eight days. At the status conference, the parties provided estimates of the time needed to present their trial witnesses. Assuming six hours of testimony per day, the parties estimated that they would need 85.5 hours, or 14 trial days, to present the evidence. Given that the Court has a conflict the week of January 25, 2009, this estimate would have necessitated a continuance of the trial.

      The parties then requested the opportunity to present revised estimates to the Court, which each side has filed.

      Plaintiff now estimates that his witness presentation may take 17 to 22 hours. This estimate does not include an estimate of the time necessary to cross-examine defense witnesses, contrary to the terms of the Court's November 20, 2008 Minute Order. Defendant now estimates that its witness presentation may take 31.25 hours.

      Assuming six hours of trial testimony per day, the parties estimate their witness presentation will take between eight and nine full days. If plaintiff intends on cross-examining defense witnesses, the trial estimate may include a tenth day. Most of the first day of trial will be taken up by jury selection and opening statements. January 19, 2009 is a court holiday. Moreover, any trial estimate must take into account closing argument and deliberations. It is therefore clear that the parties cannot realistically try this case between January 12 and January 23, 2009. Wherefore, it is

      ORDERED that the trial set for January 12, 2009 in this case is vacated. It is further

ORDERED that the parties shall contact chambers on or before December 10, 2008 to set this matter for an eight-day trial.


DATED December 3, 2008.


                                        s/Philip A. Brimmer
                                        Philip A. Brimmer
                                        United States District Judge