IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number 06-cv-351-RJC-KLM |
| | ) |
| LIBERTY MUTUAL FIRE INSURANCE | ) |
| CO., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This afternoon, the Court conducted a status conference with the parties by telephone. The Court made the following rulings:

(1) Designations of deposition testimony are due on September 23, 2009. Counter-designations are due on September 30, 2009. The parties must inform the Court by October 7, 2009, if any objections to deposition testimony require rulings by the Court.

(2) A pre-trial conference is set for October 23, 2009, at 1:30 p.m. (CST). This conference will be conducted either by telephone or video conference.

(3) The parties may file an amended pre-trial order anytime between now and October 23, 2009, at 1:30 p.m. (CST)..

(4) Proposed jury instructions are due no later than October 23, 2009, at 1:30 p.m. (CST).

(5)   The case is set for trial on November 2, 2009, at 9:00 a.m.

IT IS SO ORDERED this 10th day of September, 2009.

_____
ROBIN J. CAUTHRON
United States District Judge