IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES WRIGHT, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case Number 06-cv-351-RJC-KLM |
| ) | |
| LIBERTY MUTUAL FIRE INSURANCE ) | |
| CO., ) | |
| ) | |
|     Defendant. ) | |

# **O R D E R**

Plaintiff filed the present motion requesting that the Court prohibit Defendant from introducing at trial any evidence of Plaintiff's 2006 claim for a low back injury sustained on the job. According to Plaintiff, such evidence is irrelevant to his claim of bad faith handling of an insurance contract, and should therefore be excluded. Defendant disputes this assertion, arguing that such evidence is in fact relevant. Because Plaintiff claims that he can never return to work as a truck driver due to Defendant's handling of his initial workers' compensation claim, Defendant contends that it should be permitted to introduce evidence indicating that there may be other causes for Plaintiff's inability to return to work.

The proponent of evidence bears the burden of demonstrating its admissibility. See U.S. Aviation Underwriters, Inc. v. Pilatus Bus. Aircraft, Ltd., ___ F.3d ___, Nos. 07-1432, 07-1435, 2009 WL 2915069, at *15 (10th Cir. Aug. 26, 2009). Evidence is relevant when it has "any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401. While Plaintiff's second workers' compensation claim is not

relevant to the merits of his bad faith claim, it is relevant to the amount of damages Plaintiff is seeking. If Plaintiff testifies at trial that Defendant's handling of his initial workers' compensation claim resulted in his inability to work as a truck driver, Defendant is entitled to introduce evidence of an alternate, or contributing, cause of Plaintiff's condition.

Accordingly, Plaintiff's Motion in Limine Re: Back Injury (Dkt. No. 214) is DENIED.

IT IS SO ORDERED this 29th day of October, 2009.

ROBIN J. CAUTHRON
United States District Judge