IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number 06-cv-351-RJC-KLM |
| | ) |
| LIBERTY MUTUAL FIRE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On October 20, 2009, Plaintiff filed a document identifying two typographical errors that were discovered when preparing the highlighted deposition transcripts for the Court. Defendant filed a response to these corrections, arguing that Plaintiff should not be permitted to belatedly endorse additional testimony. If the Court permits Plaintiff to do so, however, Defendant requests that additional lines of testimony also be included.

The first correction identified by Plaintiff was in the deposition of Dr. Fredericks. Originally listed as "p.78:22 - 20," Plaintiff listed the proper designation as "p.78:22 - 79:20." The second set of corrections were in Sherry Martin's deposition. The first changed "p.79:18 - 2" to "p.79:18 - 80:2." The second changed "p.291:19 - 294:6" to "p.291:19- 294:17." While the first two designations were clearly typographical errors, the second appears to be nothing more than an additional designation. Because the trial of this case is set to begin in one business day, it is too late for the parties to designate additional lines of deposition testimony.

Accordingly, the first two corrections will be permitted. However, the final correction, changing "p.291:19 - 294:6" to "p.291:19 - 294:17" will not be allowed.

IT IS SO ORDERED this 30th day of October, 2009.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge