IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case Number 06-cv-351-RJC-KLM |
| | ) |
| LIBERTY MUTUAL FIRE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Defendant filed a motion to quash the subpoena issued by Plaintiff to Katherine Lee, Esq., Defendant's counsel in the underlying workers' compensation action. According to Defendant, should the Court limit Plaintiff's allegations to those contained in the final pretrial order, there is no need for Ms. Lee to testify. The Court agrees with this assertion.

Accordingly, based on the Court's prior ruling on Plaintiff's Motion to Supplement the Final Pretrial Order, Defendant's Motion to Quash Subpoena Issued by Plaintiff to Defendant's Counsel in the Workers' Compensation Case (Dkt. No. 236) is GRANTED.

IT IS SO ORDERED this 30th day of October, 2009.

_____
ROBIN J. CAUTHRON
United States District Judge