IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES WRIGHT,<br><br>      Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE CO.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case Number 06-cv-351-RJC-KLM<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Plaintiff seeks to exclude certain portions of the deposition testimony endorsed by Defendant. The Court finds as follows:

(A) Deposition Testimony of Dr. Richard Murphy

    (1) (139:22-140:25) - Objection overruled.

    (2) (155:8-156:17) - Objection overruled.

    (3) (157:4-13) - Objection overruled.

(B) Deposition Testimony of Sherry Martin

    (1) (64:15-65:5) - Objection overruled.

    (2) (226:1-227:12) - Objection overruled.

(C) Deposition Testimony of Linda Cunningham

    (1) (27:14-28:1) - Objection overruled.

(D) Deposition Testimony of Dr. Randall Moody

    (1) (38:6-19) - Objection overruled.

    (2) (45:1-46:2) - Objection sustained.

  (3) (62:9-25) - Objection overruled.

  (4) (184:16-185:7) - Objection sustained.

  (5) (190:5-24) - Objection sustained.

  (6) (232:6-16) - Objection sustained.

  (7) (239:14-240:2) - Objection overruled.

  (8) (251:13) - Objection sustained.

  (9) (260:7-261:18) - Objection overruled.

(E) Deposition Testimony of Dr. Craig Fredericks

Because the Court has previously excluded the testimony of Dr. Fredericks in its entirety, all of Plaintiff's objections are moot.

(F) Deposition Testimony of Carla O'Hara

  (1) (35:25-38:12) - Objection overruled.

  (2) (43:1-5) - Objection overruled.

  (3) (53:12-19) - Objection overruled.

  (4) (90:13-6) - Objection overruled.

IT IS SO ORDERED this 3rd day of November, 2009.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge