IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number 06-cv-351-RJC-KLM |
| | ) |
| LIBERTY MUTUAL FIRE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Based on the parties' stipulation filed February 2, 2010, this case is hereby

DISMISSED WITH PREJUDICE.  Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED this 9th day of February, 2010.

_____
ROBIN J. CAUTHRON
United States District Judge